JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00027-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| JAMES J. NICOLAU, | |
| Defendant. | |

This matter has come before the Court on Mr. Nicolau's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that the Mr. Nicolau's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 22nd day of June, 2022.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*USA v. Nicolau* / 2:21-cr-00027-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100